

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00158-CR

Alejandro **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR5834
Honorable Melisa Skinner, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED April 23, 2014.

_____
Patricia O. Alvarez, Justice